**Order entered January 3, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00297-CR

### SAUL RANULFO HERRERA RIOS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-24112-P**

## ORDER

Before the Court is appellant's January 2, 2020 motion for extension of time to file his

brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before January 31, 2020.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE